UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VASILIY KOZOREZOV, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al.* <br><br> Defendants. | No. C11-1703RSL <br><br> ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

This matter comes before the Court on "Defendants Bank of America, N.A., BAC Home Loans Servicing, LP, and Recontrust Company, N.A.'s Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)." Dkt. # 9. Plaintiffs have not opposed the motion to dismiss and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2).

Defendants' motion to dismiss is GRANTED. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiffs.

Dated this 24th day of January, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS